[Civ. No. 10307. Second Appellate District, Division One.—March 26, 1935.]

DAVID BERSHON, Petitioner, v. THE MUNICIPAL COURT OF LOS ANGELES COUNTY, Respondent.

Wolfson, Swetow & Brown for Petitioner.

No appearance for Respondent.

THE COURT.— The petition for writ of prohibition is denied. The order of the superior court, transferring to the municipal court the action described in the petition, was made under authority of section 396 of the Code of Civil Procedure as amended in 1933. The matter was purely procedural, and the order did not constitute an attempt to give retroactive effect to the statute. Under such order and transfer the municipal court has jurisdiction over the action. (*McClurg* v. *McClurg*, 212 Cal. 15, at p. 18 [297 Pac. 27].)

An application by petitioner to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on May 6, 1935.